778 A.2d 620

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Richard DEMARCO, Petitioner.**

Supreme Court of Pennsylvania.

July 24, 2001.

## ORDER

PER CURIAM:

**AND NOW,** this 24th day of July, 2001, the Petition for Allowance of Appeal is GRANTED, limited to the following issue:

Whether appellant was entitled to a jury charge on the defense of duress under 18 Pa.C.S. § 309.